IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DISTRICT

| | |
|---|---|
| **CHASE HOME FINANCE, LLC** | **PLAINTIFF** |
| **V.** | **CASE NO. 2:10-CV-161** |
| **DAVID SHAKIR, et al.** | **DEFENDANTS** |

### ORDER

Upon consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated September 9, 2011, was duly served upon the parties; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection has been filed by either party. The Court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court.

ACCORDINGLY, it is hereby ORDERED:

1. The Report and Recommendation of the United States Magistrate Judge [46] is approved and adopted as the opinion of the Court.

2. Default judgment is entered against David Shakir for his failures to appear at court proceedings and to abide by court rules and orders in this case which were specifically directed to him.

This is the 27th day of January, 2012.

/s/ MICHAEL P. MILLS
CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI